

No. 12–0625/NA.   U.S. v. Charles L. Perry.   CCA 201100645.   On consideration of the motion filed by Major Jeffrey R. Liebenguth for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned another counsel to represent Appellant and that the new counsel has assumed representation of said Appellant.   Accordingly, it is ordered that said motion is hereby granted.